# United States District Court
# Central District of California

| | |
|---|---|
| CHRIS LANGER, | Case No. 2:16-cv-07107-ODW(Ex) |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE RE:** |
| MARIA E. FIGUEROA; JUAN G. | **SETTLEMENT** |
| ALVARADO; and DOES 1-10, | |
| Defendants. | |

In light of the Notice of Settlement (ECF No. 13), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, **no later than December 29, 2016**, why settlement has not been finalized. No hearing will be held. All other dates and deadlines in this action are **VACATED** and taken off calendar. The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**

November 15, 2016

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**